JASON L. LOPEZ
7440 Aardvark Walks St.
Las Vegas, Nevada 89113
(702) 328-1279
Lopez4127@yahoo.com
In Pro Per

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON L. LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON ASHLEY GONZALES an individual, DANA McCLANAHAN an individual and ROBERT NELSON an individual, AMERICAN SOUTHWEST ELECTRIC, LLC. a Arizonian Corporation and DOES Individuals 1 through 10, inclusive, and ROES entities 1 through 10, inclusive.<br><br>Defendant. | CASE NO.: 2:17- CV- 03060-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES TO (1) ASE'S MOTION TO DISMISS FILED ON MAY 8, 2018 (ECF 11), (2) ASE'S MOTION TO STAY DISCOVERY FILED ON MAY 17, 2018 (ECF 17), AND (3) MCCLANAHAN'S MOTION TO DISMISS FILED ON MAY 17, 2018 (ECF 18)** |

## STIPULATION

Pursuant to LR IA 6-1, LR IA 6-2 and LR II 7-1, Per Se Plaintiff Jason Lopez (hereinafter "Lopez"), and Defendants American Southwest Electric Arizona Inc., improperly named as "American Southwest Electric, LLC" ("ASE") and Dana McClanahan ("McClanahan") hereby stipulate and agree that Lopez shall have an extension through June 14, 2018 to file responses to (1) ASE's Motion to Dismiss filed on May 8, 2018 (ECF 11), (2) ASE's Motion to Stay Discovery filed on May 17, 2018 (ECF 17), and (3) McClanahan's Motion to Dismiss filed on May 17, 2018 (ECF 18) (collectively the "Pending Motions"). This is the first request for an extension of time to respond to any of the Pending Motions.

This requested extension is sought based on representations made by Lopez that he did not receive copies of (1) ASE's Motion to Dismiss, (2) ASE's Request for Judicial Notice (ECF 13),

1

(3) the Joinder to ASE's Motion to Dismiss filed by co-defendants Cameron Ashley Gonzalez and Robert Nelson (ECF 15), (4) ASE's Motion to Stay Discovery, (5) McClanahan's Motion to Dismiss, (6) McClanahan's Exhibits to her Motion to Dismiss (ECF 21), (7) the Joinder to ASE's Motion to Dismiss filed by Cameron Ashley Gonzalez (ECF 23), (8) the Joinder to ASE's Motion to Dismiss filed by Robert Nelson (ECF 24), (9) the Joinder to McClanahan's Motion to Dismiss filed by Cameron Ashley Gonzalez (ECF 25), (10) the Joinder to McClanahan's Motion to Dismiss filed by Robert Nelson (ECF 26), or (11) the Joinder to McClanahan's Motion to Dismiss filed by ASE (ECF 27). Lopez has confirmed that each of these filings was mailed by Defendants to his proper mailing address, as reflected in the certificate of service attached to each, and counsel for Defendants have provided Lopez with additional courtesy copies of each of the Pending Motions and related exhibits.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully request this Court grant an extension of time, up to and including June 14, 2018, for Lopez to file a response to (1) ASE's Motion to Dismiss (ECF 11), (2) ASE's Motion to Stay Discovery (ECF 17), and (3) McClanahan's Motion to Dismiss (ECF 18). .

Dated: June 12, 2018

In Pro Per Plaintiff

By: /s/ Jason Lopez
Jason Lopez
7440 Aardvark Walks St.
Las Vegas, NV 89113
*In Pro Per Plaintiff*
Jason Lopez
(702)328-1279

Dated: June 12, 2018

HOWARD AND HOWARD

By: /s/ Robert Hernquist
Robert Hernquist, Esq.
3800 Howard Hughes Pkwy
Suite 1000
Las Vegas, NV 89169
*Attorneys for Defendant*
*AMERICAN SOUTHWEST*
*ELECTRIC, LLC*

2

| | | |
|---|---|---|
| Dated: June 12, 2018 | | Dated: June 12, 2018 |
| MANINGO LAW | | BREMER WHYTE BROWN & O'MEARA LLP |
| By: | /s/ Lance Maningo<br>Lance Maningo, Esq.<br>400 South 4th St.<br>Suite 650<br>Las Vegas, Nevada 89101<br>Lance@maningolaw.com<br>*Attorney for Defendant*<br>*Cameron Gonzales*<br>*Robert Nelson* | By: /s/ Nicholas Haley<br>Nicholas Haley, Esq.<br>1160 N. Town Center Drive<br>Suite 250<br>Las Vegas, NV 89144<br>(702)258-6665<br>*Attorneys for Defendant*<br>*DANA MCCLANAHAN* |

**ORDER**

IT IS SO ORDERED.

*/s/ James C. Mahan*

UNITED STATES DISTRICT JUDGE

DATED: June 14, 2018