# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON LOPEZ,

    Plaintiff(s),

v.

CAMERON ASHLEY GONZALEZ, et al.,

    Defendant(s).

Case No.: 2:17-cv-03060-JCM-NJK

**Order**

On June 12, 2018, the Court granted a motion to stay discovery pending resolution of motions to dismiss. Docket No. 30. Later that same day, a stipulation was filed to extend Plaintiff's time to respond to, *inter alia*, the underlying motion to stay. Docket No. 31. That stipulation was granted. Docket No. 32. Plaintiff has now filed an omnibus brief responding to various pending motions. Docket No. 33. Portions of that filing relate to the decision on the stay of discovery. *See, e.g.*, *id.* at 21-22. Having reviewed Plaintiff's recently-filed brief, the Court finds that its prior decision remains correct and declines to change course at this time.[1]

---

[1] Plaintiff references the need to preserve evidence. *See id.* The court has ruled only that discovery is stayed at this time and such ruling does not impact a party's duty to preserve evidence.

1

Accordingly, discovery remains **STAYED** pending resolution of the motions to dismiss at Docket Nos. 11 and 18. To the extent resolution of those motions does not result in the termination of this case, a proposed discovery plan shall be filed within 14 days of the issuance of such order.

IT IS SO ORDERED.

Dated: June 19, 2018

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge